UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR122-017 |
| | ) | |
| BOBBY LEWIS STURKEY | ) | |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

**Melissa C. Bray** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Melissa C. Bray** be granted leave of absence for the following periods: June 6, 2022 through June 13, 2022; July 11, 2022 through July 18, 2022; July 27, 2022 through August 1, 2022.

**SO ORDERED**, this the 10th day of May, 2022.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA